# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY DIANE DUNCAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 13-17 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| CAROLYN W. COLVIN, acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On April 12, 2013, this case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On January 3, 2014, the magistrate judge issued a Report (Doc. 13) recommending that Plaintiff's Motion for Summary Judgment (Doc. 9) be denied, and that Defendant's Motion for Summary Judgment (Doc. 11) be granted. Service of the Report and Recommendation was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Motion for Summary Judgment (**Doc. 9**) is **DENIED**, and Defendant's Motion for Summary Judgment (**Doc. 11**) is **GRANTED**. The Magistrate Judge's Report and Recommendation dated January 3, 2014 hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


January 27, 2014                                       s\Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge

cc (via ECF email notification):

All counsel of record